UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


RUSSELL THOMPSON et al.,

    Plaintiffs,

v.                                    CASE NO: 8:04-cv-1043-T-23TGW

VORTEX HYDRA et al.,

    Defendants.

_____/


## ORDER

    The Court is advised that this matter is settled.  Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause.  The Clerk is directed to (1) terminate all pending motions and (2) close the file.

    ORDERED in Tampa, Florida, on April 21, 2005.


STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE


cc:    U.S. Magistrate Judge
        Courtroom Deputy